# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Mail Express parcel bearing USPS tracking number EJ 763 034 248 US, addressed to "Amir ELsharak, 3730 E Adams, Troy MI 48084," with a return address of "Bob Tyler, 20326 N 78th Way, Scottsdale AZ 85255." It is a white cardboard box, weighing approximately 4 pounds 12 ounces, mailed from Phoenix, AZ 85026, postmarked August 18, 2021, and bearing $72.65 in postage.

**SEARCH WARRANT**

Case Number: 21-8201 MB

TO: MIRANDA GARCIA and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, MIRANDA GARCIA, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail Express parcel bearing USPS tracking number EJ 763 034 248 US, addressed to "Amir ELsharak, 3730 E Adams, Troy MI 48084," with a return address of "Bob Tyler, 20326 N 78th Way, Scottsdale AZ 85255." It is a white cardboard box, weighing approximately 4 pounds 12 ounces, mailed from Phoenix, AZ 85026, postmarked August 18, 2021, and bearing $72.65 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9-17-21__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

9-3-21 @ 11:20 AM          at   Phoenix, Arizona
Date and Time Issued                City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer         Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL:** One USPS Priority Mail Express parcel bearing USPS tracking number EJ 763 034 248 US, addressed to "Amir ELsharak, 3730 E Adams, Troy MI 48084" with a return address of "Bob Tyler, 20326 N 78th Way, Scottsdale AZ 85255." It is a white cardboard box, weighing approximately 4 pounds 12 ounces, mailed from Phoenix, AZ 85026, postmarked August 18, 2021, and bearing $72.65 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21-8201 MB

I, MIRANDA GARCIA, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL:** One USPS Priority Mail Express parcel bearing USPS tracking number EJ 763 034 248 US, addressed to "Amir ELsharak, 3730 E Adams, Troy MI 48084," with a return address of "Bob Tyler, 20326 N 78th Way, Scottsdale AZ 85255." It is a white cardboard box, weighing approximately 4 pounds 12 ounces, mailed from Phoenix, AZ 85026, postmarked August 18, 2021, and bearing $72.65 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF MIRANDA GARCIA, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Ryan McCarthy

RYAN MCCARTHY
Digitally signed by RYAN MCCARTHY
Date: 2021.09.03 10:51:33 -07'00'

Miranda Garcia
Digitally signed by Miranda Garcia
Date: 2021.09.03 10:46:07 -07'00'

Signature of Affiant – MIRANDA GARCIA

Subscribed electronically and sworn telephonically

9-3-21 @ 11:20 A.M.
Date

at Phoenix, Arizona
City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Miranda Garcia, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since January 2006. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics-trafficking via the United States Mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotic violations involving the United States Mails. Part of my training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the United States Mail.

2. I have assisted on numerous narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below.

3. This Affidavit is made in support of an application for search warrant for a United States Postal Service (USPS) Priority Mail Express Parcel (the **SUBJECT**

1

**PARCEL**, as defined below). The **SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCEL** is further described as follows: One USPS Priority Mail Express parcel bearing USPS tracking number EJ 763 034 248 US, addressed to "Amir ELsharak, 3730 E Adams, Troy MI 48084" with a return address of "Bob Tyler, 20326 N 78th Way, Scottsdale AZ 85255." It is a white cardboard box, weighing approximately 4 pounds 12 ounces, mailed from Phoenix, AZ 85026, postmarked August 18, 2021, and bearing $72.65 in postage (hereinafter referred to as the "**SUBJECT PARCEL**").

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug-traffickers prefer mail/delivery services such as USPS Express Mail and USPS Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug-trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding USPS Express Mail operations, I am aware that the USPS Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often:

2

(a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

7. Based on my training and experience, I am aware that the USPS Priority Mail service was created as a less expensive alternative to USPS Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard USPS First Class Mail. Whereas a customer mailing an article via USPS Express Mail expects next-day service, a customer who mails an article via USPS Priority Mail can expect two to three-day delivery service. The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8. Based on my training and experience regarding USPS Priority Mail operations, I am aware that the majority of USPS Priority Mail mailings are business mailings. Businesses have found that USPS Priority Mail is a significantly less expensive method of mailing than USPS Express Mail, particularly when next-day service is not a requirement. I also know that, similar to USPS Express Mail, USPS Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via USPS Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9. From my training, personal experience, and the collective experiences related to me by other USPS Postal Inspectors on the PMNT who specialize in investigations

relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via the USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via the USPS.

10. Based on my training and experience regarding the use of USPS Express Mail and USPS Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

    a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

    b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

    c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for USPS Express Mail, and two pounds for USPS Priority Mail; and

    d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of

controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances

11. Parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and usually an examination by a trained narcotics detecting canine.

### RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On August 18, 2021, Postal Inspectors identified a suspicious parcel mailed from the Phoenix Processing and Distribution Center (P&DC). On this same day, investigators took possession of the **SUBJECT PARCEL** at the P&DC for further investigation.

13. Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 10 above. The **SUBJECT PARCEL** bore handwritten address information; addressed from one individual to another individual. The **SUBJECT PARCEL** does not contain a business account. The **SUBJECT PARCEL** weighs 4 pound 12 ounces which is more than the standard Priority Mail Express parcel weighs. Also, the **SUBJECT PARCEL** is destined from Arizona to Michigan. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors in the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is frequently a source location for controlled substances that are mailed to Michigan, and that proceeds from the sale of controlled substances are frequently returned to Arizona from Michigan via USPS.

14. A database query was conducted regarding the names and addresses for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

15. Through the CLEAR database query, investigators learned the delivery address for the **SUBJECT PARCEL**, 3730 E. Adams, Troy, MI 48084, is an existing, deliverable address, and purported recipient Amir El Sharrak (with the corrected spelling) is associated with said address. The same database query revealed the return address for the **SUBJECT PARCEL**, 20326 N. 78th Way, Scottsdale, AZ 85255, is an existing, deliverable address, however, purported recipient Bob Tyler is not associated with said address.

16. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, I am aware it is common for drug-traffickers to use names not associated with an address or fictitious names and addresses to evade detection by law enforcement.

### CANINE EXAMINATION OF SUBJECT PARCEL

17. On August 18, 2021, the **SUBJECT PARCEL** was inspected by Gilbert Police Department Detective Stanger's canine "Vegas." The **SUBJECT PARCEL** was completely separated from other parcels and independently examined by Vegas. At 5:32

p.m. Detective Stanger advised Vegas gave a positive alert to the **SUBJECT PARCEL** by sitting next to the individual parcel and staring at the **SUBJECT PARCEL.**

18. Detective Stanger informed me that when Vegas stares and sits next to an item as he did, Vegas is exhibiting a "passive" alert that Vegas has been trained to give. Detective Stanger stated that the "passive" alerts given by Vegas indicates the presence within the **SUBJECT PARCEL** of narcotics or a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, and/or methamphetamine.

19. Detective Stanger advised that he is a Gilbert PD Detective currently assigned to the handling and care of Gilbert PD narcotics-detecting canine Vegas. Detective Stanger has been a police officer with Gilbert PD for 10 years. Vegas is a two-year-old German Shepard, who has been working drugs/narcotics detection for Gilbert PD since March 2020. Detective Stanger advised he and Vegas attended and successfully graduated from the Arizona Department of Public Safety Basic Narcotics School in April 2020, which involved approximately 200 hours of intense training. Vegas and Detective Stanger currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification and Detective Stanger and Vegas were last certified in March 2021. Vegas is trained to detect the odors of cocaine, heroin, methamphetamine, and their derivatives. Detective Stanger advised that, since Vegas began working at the Gilbert PD, "Vegas" has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

## ADDITIONAL INFORMATION

20. On August 20, 2021 a search warrant was issued for this parcel. Prior to the search warrant being executed, investigators noticed an error on the search warrant involving the tracking number of the parcel. Counsel advised the original search warrant should be returned, unexecuted, and a new search warrant should be prepared. Since the interception of the package, no customer has called to inquire as to the status of the package, which is another indication that the parcel may contain contraband.

## CONCLUSION

21. Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance) and 846 (Conspiracy to Distribute a Controlled Substance).

Miranda Garcia
Digitally signed by Miranda Garcia
Date: 2021.09.03 10:46:35 -07'00'

Miranda Garcia
United States Postal Inspector

Subscribed electronically and telephonically sworn to before me on this __3__ day of September, 2021.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge